**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDERICK JONES, | Case No. 1:25-cv-0908 KES EPG |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING THE CLERK OF COURT TO CLOSE CASE |
| v. | |
| JONES, | |
| Respondent. | Docs. 11, 12 |

Frederick Jones filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See* Docs. 1, 4. The magistrate judge did a preliminary review of the petition and observed that Jones "does not challenge his underlying criminal conviction or sentence or the fact or duration of his confinement in the instant petition." Doc. 11 at 2. Rather, Jones seeks to correct the spelling of his name with the California Department of Corrections and Rehabilitation. *Id.*; *see also* Doc. 4. The magistrate judge found the "petition for writ of habeas corpus is not the proper vehicle for Petitioner's claim and will not address the issue he seeks to remedy," and recommended the Court dismiss the petition. *Id.* at 3.

On August 18, 2025, the Court served the findings and recommendations on Jones and informed him that any objections were due within 30 days. Doc. 11 at 3. The Court also informed Jones that the "failure to file objections within the specified time may waive the right to appeal the District Court's order." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).

Jones did not file objections.  However, he filed a motion to correct his name spelling and request for declaratory relief.  Doc. 12.

Consistent with 28 U.S.C. § 636(b)(1), the Court reviewed this matter de novo.  After carefully reviewing the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  Habeas relief is not cognizable if a favorable judgment would not "necessarily lead to the petitioner's immediate or earlier release from confinement." *Nettles v. Grounds,* 830 F.3d 922, 935 (9th Cir. 2016).  Jones is unable to obtain the relief he requests—a name change—through a petition for writ of habeas corpus.

The Court **ORDERS**:

1. The findings and recommendations dated August 18, 2025 (Doc. 11) are **ADOPTED** in full.

2. The petition for writ of habeas corpus is **DISMISSED** without prejudice.

3. Plaintiff's motion to correct spelling (Doc. 12) is denied as **MOOT**.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    March 30, 2026

UNITED STATES DISTRICT JUDGE

2